**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-60647

VICTORIA CHIASSON, on behalf of
Clarence J. Chiasson

Petitioner,

VERSUS

AVONDALE INDUSTRIES, INC.; AVONDALE SHIPYARD, INC.;
DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, U.S.
DEPARTMENT OF LABOR

Respondents.

Appeal from the United States District Court
For the Eastern District of Louisiana
(94-3665)

July 9, 1997

Before DUHÉ, BARKSDALE, Circuit Judges, and COBB[1], District Judge.

PER CURIAM:[2]

AFFIRM.  See 5TH CIR. R. 47.6.

_____

[1]  District Judge of the Eastern District of Texas, sitting by designation.

[2]  Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.